IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDY PRICHARD                                                                    PLAINTIFF

v.                              No. 4:22-cv-322-DPM

BAXTER REGIONAL MEDICAL CENTER
and ARKANSAS MUTUAL
INSURANCE COMPANY                                                          DEFENDANTS

ORDER

1.      Prichard was a patient at Baxter Regional Medical Center for a few days in October 2020. While there, she fell and was injured on her way from the restroom and while under the supervision of Medical Center employees. She sues for personal injuries.

2.      The federal Court, though, is a court of limited jurisdiction and lacks the power to act in Prichard's case. She is an Arkansas citizen, from Stone County. The Medical Center is in Mountain Home. According to public records, it is operated by Baxter County Regional Hospital, Inc., an Arkansas-based nonprofit corporation.* Arkansas

---

* Arkansas Secretary of State, *Business Entity Search*, https://www.sos.arkansas.gov/corps/search_corps.php?DETAIL=35775&corp_type_id=&corp_name=&agent_search=&agent_city=&agent_state=&filing_number=&cmd= (last visited 26 April 2022).

Mutual Insurance Company is also Arkansas-based.** This dispute is not between citizens of different states, 28 U.S.C. § 1332(a)(1), and no question of federal law is presented, 28 U.S.C. § 1331.

3. The Court must therefore dismiss Prichard's complaint for lack of subject matter jurisdiction. FED. R. CIV. P. 12(h)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge
26 April 2022

---

** Arkansas Secretary of State, *Business Entity Search* https://www.sos.arkansas.gov/corps/search_corps.php?DETAIL=331573&corp_type_id=&corp_name=Arkansas+Mutual+Insurance+Company&agent_search=&agent_city=&agent_state=&filing_number=&cmd= (last visited 26 April 2022).

-2-