# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SANDY PRICHARD**                                                    **PLAINTIFF**

v.                          **No. 4:22-cv-322-DPM**

**BAXTER REGIONAL MEDICAL CENTER**
**and ARKANSAS MUTUAL**
**INSURANCE COMPANY**                              **DEFENDANTS**

## JUDGMENT

Prichard's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_26 April 2022_